# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00286-CR

**Jaime Villanueva Castro, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-DC-00-002647, THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 17, 2019. On counsel's motions, the time for filing was extended to October 16, 2019. Appellant's counsel has now filed a fourth motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than November 15, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on October 18, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Do Not Publish